# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **GLENN DAMOND** | **CIVIL ACTION NO. 23-1810** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF RAYVILLE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 8] having been considered, and no objection having been filed thereto,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Glenn Damond's claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 8th day of April 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE