# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| **GLENN DAMOND** | **CIVIL ACTION NO. 23-1810** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **CITY OF RAYVILLE, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation [Doc. No. 8] of the Magistrate Judge having been considered, together with the written objections [Doc. No. 10] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Glenn Damond's claims arising under the laws and Constitution of the United States are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state claims on which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims arising under state law are **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 22nd day of April 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE